# Court of Appeals
# of the State of Georgia

ATLANTA, May 27, 2026

*The Court of Appeals hereby passes the following order:*

**A26A1969. EMILY OSBORN v. THE STATE.**

Emily Osborn appealed from the denial of her motion for new trial, and we dismissed the appeal because the jury had deadlocked on Count 7, and no conviction or sentence was entered for this count. Case No. A26A1658 (April 21, 2026). The trial court then dead-docketed Count 7, and Osborn filed this appeal. Upon further review of the record, however, it is clear that the jury also deadlocked on Count 3, and that no conviction or sentence has been entered for this count. Because it appears Count 3 remains pending in the trial court, this case is not final for purposes of appeal. See *Keller v. State*, 275 Ga. 680, 680-81 (571 SE2d 806) (2002). We therefore lack jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 05/27/2026

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*